January 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

COLLEGE OF THE MAINLAND, Appellant

NO. 14-12-01056-CV                V.

DOUGLAS MENEKE, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Douglas Meneke, signed November 2, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that this suit be dismissed due to the absence of subject matter jurisdiction.

      We further order that all costs incurred by reason of this appeal be paid by appellee, Douglas Meneke.

      We further order this decision certified below for observance.